■ Palumbo Block, Inc., Appellant, v Ellerbe Becket Architects and Engineers et al., Defendants, and Miriam Osborn Memorial Home Association, Also Known as Osborn Retirement Community, Respondent. [695 NYS2d 304] —Appeal by the plaintiff from an order of the Supreme Court, Dutchess County (Hillery, J.), dated June 25, 1998.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Hillery at the Supreme Court. S. Miller, J. P., Santucci, Krausman and Florio, JJ., concur.